JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Maria Cerecer, aka<br>Maria Teresa Cerecer,<br>　　　　　Defendant | No. CV 11- **5306**<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Maria Cerecer, aka Maria Teresa Cerecer, in the principal amount of $6,252.63 plus interest accrued to June 8, 2011, in the sum of $724.23; with interest accruing thereafter at the daily rate of $1.18 until entry of judgment, for a total amount of $**6,976.86**.

DATED: 8/29/2011　　　　　　　By: TERRY NAFISI
　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　United States District Court

Page 5